# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PULIDO CARLOS, | ) | NO. CV 11-203-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed without prejudice.

DATED: June 3, 2011.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE